FILED
July 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )     Case No.  2:06-cr-235 DFL
            Plaintiff,             )
                                   )     ORDER FOR RELEASE OF
v.                                 )     PERSON IN CUSTODY
                                   )
Carrie Hubbard,                    )
                                   )
                                   )
_____)
            Defendant.

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release  Carrie Hubbard   Case No.  2:06-cr-235 DFL

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    ___    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) PTS conditions/supervision; defendant to be released to PTS

           Officer on Wednesday 7/12/06 at 9:00 a.m. for transportation to

           Cornerstone Recovery, drug treatment facility for in-patient treatment

    Issued at  Sacramento, CA  on 7/11/06    at  2:50 p.m.

                                        By  /s/ Kimberly J. Mueller
                                            Kimberly J. Mueller
                                            United States Magistrate Judge