FILED
July 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Carrie Hubbard, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-cr-235 DFL <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Carrie Hubbard   Case No. 2:06-cr-235 DFL _ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured Appearance Bond

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision; defendant to be released to PTS Officer on ~~Wednesday~~ Thursday 7/13/06 at 9:00 a.m. for transportation to Cornerstone Recovery, drug treatment facility for in-patient treatment

Issued at  Sacramento, CA   on 7/12/06   at 4:10 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge