1   DINA L. SANTOS, Bar #204200
    Attorney at Law
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160                    **OK/HAV**

4

5   Attorney for Defendant
    Carrie Hubbard
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR.S-06-235 DFL
                                     )
13                   Plaintiff,      )
                                     )  STIPULATION AND ORDER VACATING
14       v.                          )  DATE, CONTINUING CASE, AND
                                     )  EXCLUDING TIME
15  Carrie Hubbard                   )
                    Defendant.       )
16                                   )  Date:  September 28, 2006
    _____ )  Time:  10:00 a.m.
17                                   )  Judge: Hon. Judge Levi

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney Matthew Stegman, Counsel for Plaintiff, and Attorney Dina L.

21  Santos, Counsel for Defendant Carrie Hubbard, that the status

22  conference scheduled for August 10, 2006, be vacated and the matter be

23  continued to this Court's criminal calendar on September 28, 2006, at

24  10:00 a.m.

25       This continuance is requested by the defense in order to permit

26  further diligent examination of possible defenses, further client

27  consultation concerning available courses of action, and negotiation of

28  a possible of plea agreement.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

4  ends of justice served in granting the continuance and allowing the

5  defendant further time to prepare outweigh the best interests of the

6  public and the defendant in a speedy trial.

7    The Court is advised that all counsel have conferred about this

8  request, that they have agreed to the September 28, 2006 date, and that

9  Mr. Stegman has authorized Ms. Santos to sign this stipulation on his

10 behalf.

11    **IT IS SO STIPULATED**.

12

13 Dated: August 9, 2006        /S/ Dina L. Santos
                                    DINA L. SANTOS
14                                  Attorney for
                                    Carrie Hubbard
15

16 Dated: August 9, 2006        /S/ Matthew Stegman
                                    Matthew Stegman
17                                  Assistant United States Attorney
                                    Attorney for Plaintiff
18

19

20
                              **O R D E R**
21
      **IT IS SO ORDERED**.
22
                By the Court,
23

24
Dated: AUGUST 9, 2006
25

26

27
      _____
28     DAVID F. LEVI
       United States District Judge

Stipulation and Order                2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                                    3