1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4                                              **OK/HAV**

5  Attorney for Defendant
   Carrie Hubbard
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. CRS 06-235 DFL
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
14     v.                         ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
15 Carrie Hubbard                 )
                Defendant.        )
16                                ) Date   November 9, 2006
   _____  ) Time:  10:00 a.m.
17                                ) Judge: Hon. Judge Levi

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Matthew Stegman, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant Carrie Hubbard, that the status

22 conference scheduled for September 28, 2006, be vacated and the matter

23 be continued to this Court's criminal calendar on November 9, 2006, at

24 10:00 a.m.

25     This continuance is requested by the defense in order to permit

26 further diligent examination of possible defenses, further client

27 consultation concerning available courses of action, and negotiation of

28 a possible of plea agreement.

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.
7       The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the November 9, 2006 date, and that
9  Mr. Stegman has authorized Ms. Santos to sign this stipulation on his
10 behalf.
11      **IT IS SO STIPULATED**.

13 Dated: September 27, 2006        /S/ Dina L. Santos
                                    DINA L. SANTOS
14                                  Attorney for
                                    Carrie Hubbard

16 Dated: September 27, 2006        /S/ Matthew Stegman
                                    Matthew Stegman
17                                  Assistant United States Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED**.
       By the Court,

Dated: September 28, 2006        /s/ David F. Levi
                                 Hon. David F. Levi
                                 United States District Judge

Stipulation and Order            2