1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4
                                            **OK/HAV**
5  Attorney for Defendant
   Carrie Hubbard
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) No. CRS 06-235 DFL
                                )
13                  Plaintiff,  )
                                ) STIPULATION AND ORDER VACATING
14     v.                       ) DATE, CONTINUING CASE, AND
                                ) EXCLUDING TIME
15 Carrie Hubbard               )
                    Defendant.  )
16                              ) Date   February 1, 2007
   _____) Time:  10:00 a.m.
17                              ) Judge: Hon. Judge Levi

18

19    **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Matthew Stegman, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant Carrie Hubbard, that the status

22 conference scheduled for January 25, 2007, be vacated and the matter be

23 continued to this Court's criminal calendar on February 1, 2007, at

24 10:00 a.m.

25    This continuance is requested by the defense in order to permit

26 counsel to review the plea agreement with Ms. Hubbard.

27    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 1, 2007 date, and that Mr. Stegman has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: January 25, 2007  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Carrie Hubbard

Dated: January 25, 2007  /S/ Matthew Stegman
Matthew Stegman
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 25, 2007
/s/ David F. Levi
Hon. David F. Levi
United States District Judge