```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant                           OK/HAV
Carrie Hubbard
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    ) No. CRS 06-235 DFL
                             )
            Plaintiff,       )
                             ) STIPULATION AND ORDER VACATING
     v.                      ) DATE, CONTINUING CASE, AND
                             ) EXCLUDING TIME
Carrie Hubbard               )
            Defendant.       )
                             ) Date   March 8, 2007
_____) Time:  10:00 a.m.
                             ) Judge: Hon. Judge Levi
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Carrie Hubbard, that the status conference scheduled for February 1, 2007, be vacated and the matter be continued to this Court's criminal calendar on March 8, 2007, at 10:00 a.m.

This continuance is requested by the defense in order to permit counsel to revise the plea agreement, continue in negotiations with the prosecution and review any changes with Ms. Hubbard.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3  ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the
5  public and the defendant in a speedy trial.
6      The Court is advised that all counsel have conferred about this
7  request, that they have agreed to the March 7, 2007 date, and that Mr.
8  Stegman has authorized Ms. Santos to sign this stipulation on his
9  behalf.
10     **IT IS SO STIPULATED**.

12  Dated: January 31, 2007          /S/ Dina L. Santos
                                     DINA L. SANTOS
13                                   Attorney for
                                     Carrie Hubbard

15  Dated: January 31, 2007          /S/ Matthew Stegman
                                     Matthew Stegman
16                                   Assistant United States Attorney
                                     Attorney for Plaintiff

                         **O R D E R**

    **IT IS SO ORDERED**.
              By the Court,

    Dated: February 5, 2007          /s/ David F. Levi
                                     Hon. David F. Levi
                                     United States District Judge

Stipulation and Order                 2