1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant                **OK/HAV**
   Carrie Hubbard
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. CRS 06-235 DFL
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
14     v.                         ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
15 Carrie Hubbard                 )
                Defendant.        )
16                                ) Date   April 19, 2007
   _____) Time:  10:00 a.m.
17                                ) Judge: Hon. Judge Levi

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Matthew Stegman, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant Carrie Hubbard, that the status

22 conference scheduled for March 8, 2007, be vacated and the matter be

23 continued to this Court's criminal calendar on April 19, 2007, at 10:00

24 a.m.

25      This continuance is requested by the defense in order to permit

26 counsel to conduct investigation and continue in negotiations with the

27 prosecution.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the April 19, 2007 date, and that Mr. Stegman has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: March 6, 2007        /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for
                            Carrie Hubbard

Dated: March 6, 2007        /S/ Matthew Stegman
                            Matthew Stegman
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 9, 2007        /s/ David F. Levi
                            Hon. David F. Levi
                            United States District Judge

Stipulation and Order                 2